# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-0903
LT Case No. 2017-DR-004621-FM

————————————————

LAUREN MOORHOUSE,

Appellant,

v.

RYAN MOORHOUSE,

Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

Michael L. Duncan, of Duncan Trial & Mediation, Jacksonville,
for Appellant.

Corrine A. Bylund, of Bylund Law, PLLC, Jacksonville, for
Appellee.

April 9, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____